UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**LOANGEL REED**
        **Plaintiff,**

    v.                                       Case No. 05C0413

**MANPOWER INC. and**
**MANPOWER TEMPORARY SERVICES,**
        **Defendants.**

### ORDER

On April 11, 2005, plaintiff Loangel Reed filed this action alleging that her employers, defendants Manpower, Inc. and Manpower Temporary Services, improperly terminated her employment in retaliation for filing discrimination charges against Manpower, Inc. Subsequently, I granted plaintiff leave to proceed in forma pauperis and ordered the U.S. Marshals Service to serve upon defendants a copy of the complaint, a waiver of service form and/or the summons and my order granting plaintiff leave to proceed in forma pauperis. To date, through no fault of plaintiff, service has not been completed. Accordingly, I will extend the time for service to be completed to ninety (90) days from the date of this order. See Fed. R. Civ. P. 4(m) (allowing the court to extend time for service of process).

**THEREFORE, IT IS ORDERED**, that the time for service to be completed is extended to ninety (90) days from the date of this order.

**IT IS FURTHER ORDERED**, pursuant to Fed. R. Civ. P. 4(c)(2), that the U.S. Marshals Service shall serve a copy of the complaint, a waiver of service form and/or the

summons, the order granting plaintiff leave to proceed in forma pauperis, and this order upon defendants. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(b). The current fee for waiver-of-service packages is $8 per item. The full fee schedule is provided in Revision to United States Marshals Service Fees for Services, 65 Fed. Reg. 47,859, at 47,862 (Aug. 4, 2000) (to be codified at 28 C.F.R. §§ 0.114(a)(2), (a)(3)). Although Congress requires the court to order service by the U.S. Marshals Service precisely because in forma pauperis plaintiffs are indigent, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service.

Plaintiff, however, should provide defendants or their counsel with copies of all future motions or papers filed by the plaintiff in this action.

Dated at Milwaukee, Wisconsin this 12 day of April, 2006.

/s_____
LYNN ADELMAN
District Judge